IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
COVINGTON DIVISION

| | |
|---|---|
| DARRELL HAGAN, | ) |
|       Plaintiff, | ) ) ) |
| v. | ) )  CIVIL ACTION NO. )  2:17-cv-00023-DLB-CJS ) |
| MIDLAND FUNDING, LLC, | ) ) |
|       Defendant. | ) ) |

## JOINT NOTICE OF SETTLEMENT

**COME NOW** plaintiff Darrell Hagan ("Plaintiff") and defendant Midland Funding, LLC ("Midland Funding") (hereinafter collectively referred to as "the parties"), by and through their undersigned counsel, and hereby notify the Court that a tentative settlement agreement has been reached between the parties. The parties are presently drafting, finalizing, and executing the settlement and dismissal documents. The parties request forty-five (45) days to finalize the settlement documents and to file a stipulation of dismissal with the Court.

Respectfully submitted this the 29th day of March, 2017,

                                            */s/ James H. Lawson* (with permission)
                                            James H. Lawson
                                            *Lawson at Law, PLLC*
                                            115 Sherrin Avenue, Unit #4
                                            Louisville, KY 40207
                                            Phone: (502) 473-6525
                                            Email: james@kyclc.com

                                            Attorney for Plaintiff
                                            DARRELL HAGAN

*/s/ Reid S. Manley*
Reid S. Manley
Kentucky Bar No. 90360
BURR & FORMAN LLP
420 North 20th Street, Suite 3400
Birmingham, Alabama  35203
Telephone: (205) 251-3000
Facsimile: (205) 458-5100
Email: rmanley@burr.com

Attorney for Defendant
MIDLAND FUNDING, LLC

29447744 v1

2